UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREM WILSON,

    Plaintiff,

v.

R. SCHAFER, et al.,

    Defendants.

_____/

Case No. 1:14-cv-291

HON. JANET T. NEFF

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Schafer filed a Motion for Summary Judgment (Dkt 12).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (Dkt 15), recommending that this Court grant Defendant's motion[1] and dismiss this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 12) is GRANTED, and this action is dismissed.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114

---

[1]The Report and Recommendation identifies the motion as docket number thirteen, which is the brief in support of the motion, rather than docket number twelve, which is the motion.

F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated: November 19, 2014          /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge